**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 128 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
CHAD CRAIG RENFRO-NARDUZZI, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, in consideration of the Request for Appointment of Counsel, this matter is REMANDED to the Court of Common Pleas of Centre County for it to determine, within 60 days, whether an attorney should be reappointed to represent Petitioner.

    The Court of Common Pleas of Centre County is instructed to promptly notify this Court of its determination.